[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-13121

_____

SUSAN SMITH,

Plaintiff-Appellant,

*versus*

OFFICE OF THE ATTORNEY GENERAL, STATE OF
ALABAMA,
a governmental agency,
LUTHER STRANGE,
in his individual capacity,

Defendants-Appellees.

2                    Opinion of the Court                    20-13121

———————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:17-cv-00297-RAH-SMD

———————————

Before ROSENBAUM, TJOFLAT, Circuit Judges, and MOODY,* District Judge.

PER CURIAM:

After careful consideration of the briefs and record, and with the benefit of oral argument, we find no reversible error.

**AFFIRMED.**

———————————

* Honorable James S. Moody Jr., United States District Judge for the Middle District of Florida, sitting by designation.